**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO AGATON-HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>AMY MILLER, Warden,<br><br>　　　　Respondent.　　　　　　／ | No. C 14-2461 CRB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

　　　　The Court has denied Petitioner's habeas corpus petition. <u>See</u> Order (dkt. 31). Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the Court also DENIES Petitioner a certificate of appealability (COA) under 28 U.S.C. § 2253(c), because Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).

　　　　**IT IS SO ORDERED.**

Dated: June 22, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\2461\14-2461 Order Denying COA.wpd